**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.

ERIC LEMOINE, an individual
Resident of Florida, and TTC PERFORMANCE
PRODUCTS, INC., d/b/a BLACK ACES
TACTICAL, a corporation registered under the
Laws of Florida,

    Plaintiffs,
v.

JASON M. WONG, a resident of the State
of Washington, and HURRICANE BUTTERFLY
HOLDINGS, INC., a Washington corporation,

    Defendants.
_____/

**VERIFIED COMPLAINT FOR PATENT INFRINGEMENT:**
**INJUNCTIVE RELIEF SOUGHT**

Plaintiffs, ERIC LEMOINE AND BLACK ACES TACTICAL ("Black Aces"), by and through undersigned counsel, sues Defendants JASON M. WONG and HURRICANE BUTTERFLY HOLDINGS, INC. ("HBH"), for acts of patent infringement, and alleges as follows:

**NATURE OF THE ACTION**

1.    This is an action for patent infringement in connection with HBH's making, importing, offering for sale and selling shotguns that contain and comprise patented proprietary technology covered by a United States Patent duly owned and exclusively used by Lemoine and Black Aces. HBH then used the patented technology to manufacture knockoffs that have been widely advertised online, sold, offered for sale, and/or displayed and offered through important

1

and relevant weapon industry trade shows throughout the United States. HBH's infringing conduct has damaged Black Aces and inflicted irreparable harm.

2. Black Aces seeks, *inter alia*, disgorgement of HBH's profits from the sale of infringing products, and injunctive relief.

## JURISDICTION AND VENUE

3. This Court has original jurisdiction over the claims for patent infringement under 28 U.S.C. §§ 1331 and 1338(a) in that said claims arise under the Patent Laws of the United States, 35 U.S.C. § 1 et seq."

4. This Court has *in personam* jurisdiction over HBH pursuant to FLA. STAT. § 48.193, in that: (a) HBH is residing, operating, conducting, engaging or carrying on a business, in the State of Florida; (b) HBH has committed tortious acts within the State of Florida; and (c) HBH is engaged in substantial and not isolated activity within the State of Florida.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because HBH has conducted acts in this District, and substantial part of the events giving rise to the claim occurred in this District.

## THE PARTIES

6. Eric Lemoine is a resident of Florida and owns Black Aces. Black Aces is a corporation organized and existing under the laws of Florida, and has operated in, and sold goods in the United States, and specifically, in the Southern District of Florida.

7. Upon information and belief, WONG is a resident of Washington State, and HBH is a corporation organized and existing under the laws of the State of Washington, with its principal place of business located at 100 Andover Park West, Suite 150 – 105, Tukwila, WA.

8. Upon information and belief, WONG owns HBH, and actively controls the activities of HBH and the acts complained of.

## BLACK ACES' BUSINESS

9. Well prior to the acts complained of, Black Aces has been involved in the business of manufacturing high quality shotguns, comprising patented and cutting edge technology, and sold in a variety of markets.

10. Black Aces shotguns are uniquely designed and have been enormously successful in the market, and have met substantial success in the relevant market, and channels of trade.

11. Black Aces products are sold throughout the United States and are sold to businesses and directly to the public through "business-to business" dealer channels and through retail channels respectively.

12. As a result of the originality and high quality of its products, Black Aces has developed a reputation for excellence and innovation which has generated several million dollars in sales, and to many loyal customers.

## BLACK ACES' PATENT

13. On June 24, 2014, U.S. Patent No. 8,756,846 (the "'846 Patent"), for a shotgun magazine receiver assembly, was issued by the United States Patent and Trademark Office, that includes an elongated receiver body having a trigger assembly opening, a removable magazine opening, a shotgun barrel opening, a shell ramp, and a bolt and slide. A true and correct copy of the '846 Patent is attached as Composite Exhibit "A" hereto.

14. Lemoine is the owner of the '846 Patent and Black Aces has the exclusive right to use, make, sell and offer for sale shotguns with the patented technology.

15. The '846 Patent is in full force and effect as of the date of this Verified Complaint and all times relevant to the allegations herein.

16. At all times relevant, Black Aces began manufacturing and selling a line of shotguns embodying the technology covered by the '846 Patent. These shotguns are made in America, use American materials, and made by American craftsman.

17. Black Aces' shotguns embody the technology claimed in the '846, have been a market success, and are marked with Plaintiffs' '846 Patent number in accordance with the requisite statutes.

## HBH'S ACTS OF INFRINGEMENT

18. On April 6, 2016, Black Aces received a Purchase Order from Defendants, for the purchase of a DT Model Shotgun, with a 10 round magazine, multi-positional brace and breacher tip, in black color.

19. The product was sent in due course to Defendants in Washington State. On August 8, 2016, Defendants sought to return the product to Black Aces, seeking a refund in accordance with the purchase/sale agreement policies. (Exhibit C).

20. Black Aces received no further communications from HBH in connection with the product they received, and it was later discovered that Defendants actually used the products to make and design an infringing competitive product which embodies and incorporates the patented technology of the '846 Patent.

21. Defendants currently are making, offering for sale, selling, displaying, and promoting an infringing and competing product, and are showing the infringing product at SHOT '17, an influential industry trade show in Las Vegas in January 2017.

22. HBH has continued to make, have made, sell, and/or offer for sale, shotguns that embody Black Aces' patented technology, and despite having actual knowledge of the claims of infringement.

23. HBH sells shotguns that infringe Black Aces' '846 Patent. Attached as Exhibit B is a copy of some of HBH's advertisements and promotional information comprising the infringing designs, sold under the TYPHOON 12 tradename.

24. HBH is using a Chinese manufacturer to produce the infringing shotguns, and they are believed to contain inferior materials and craftsmanship.

25. HBH imported, or caused to be imported on its behalf and for its benefit, the infringing shotguns into the United States.

26. HBH has offered for sale and/or sold the knock-off shotguns throughout the United States, including within this District.

27. At all times, Defendant WONG has orchestrated all of the acts complained of and has participated in acts of infringement with full knowledge of Plaintiffs' patent rights.

28. On information and belief, HBH have sold, offered for sale, made, or have had made infringing shotguns throughout the United States with actual knowledge that they comprise technology embodied in the '846 Patent.

29. Defendants' shotguns contain in many respects virtually identical copies of Black Aces' patented technology, while stating publicly that their TYPHOON 12 product is superior and better than Plaintiffs DT series products, and are doing so to gain an unfair advantage in the market by making and selling an inferior product at a reduced cost.

30. Clearly, Defendants acts, and their products, support allegations of patent infringement.

## COUNT I - INFRINGEMENT OF THE '846 PATENT

31. Black Aces re-alleges and incorporates hereto by reference paragraphs 1-30 of this Verified Complaint as though fully set forth herein.

32. Defendants WONG and HBH have infringed and continue to infringe the '846 Patent. HBH has imported into the United States, made, sold and offered for sale shotguns that are virtually identical to the design claimed in the '846 Patent, and will continue to do so unless enjoined by this Court.

33. In addition, through the use of a Chinese manufacture, and through its dealer network have induced infringement of the '846 Patent by others and has committed acts of contributory infringement of the '846 Patent.

34. Defendants' infringement of the '846 Patent has been willful and malicious and with actual or constructive knowledge that Black Aces is the owner of a patent claiming the infringed technology.

35. Plaintiffs have sustained damages as a result of the infringing acts of Defendants.

36. Plaintiffs have suffered and will continue to suffer irreparable harm unless infringement of the '846 Patent is enjoined.

**WHEREFORE**, Plaintiffs, ERIC LEMOINE and BLACK ACES TACTICAL pray that the Court:

A. Enter a judgment that Defendants have infringed, induced infringement and contributed to the infringement of U.S. Patent No. 8,756,846

B. Enter a judgment that have infringed, induced infringement and contributed to the infringement of U.S. Patent No. 8,756,846.

C. Order Defendants to pay damages under 35 U.S.C. §285 and §289 to adequately

compensate Plaintiffs for their acts of patent infringement, including an award of Defendants' profits from its infringement of U.S. Patent No. 8,756,846 together with pre- and post-judgment interest;

D.	Find that Defendants' patent infringement was willful and malicious and award treble damages to Plaintiffs under 35 U.S.C. 284;

E.	Find this to be an exceptional case of patent infringement and award reasonable attorneys' fees to Plaintiffs under 35 U.S.C. §285;

F.	Award such other and further relief as the Court deems just and equitable

## **VERIFICATION**

I have read the factual allegations contained in the foregoing Complaint and I declare under penalty of perjury under the law of the United States of America that these factual allegations are true and correct, and for those allegations that are based upon information and belief, I believe those to be true and correct.

Dated:  January 14, 2017					By:/s/Eric Lemoine
							Eric Lemoine
							(original signature held in trust)


Dated: January 14, 2017					Respectfully submitted,

							By:/s/ Louis R. Gigliotti/
							Louis R. Gigliotti, Esq.
							Louis R. Gigliotti, PA
							Florida Bar No.: 71935
							1605 Dewey Street
							Hollywood, FL 33020
							Ph: (954) 471 4392
							lgigliotti@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was filed ECF and served via electronic mail on this 14th day of January 14, 2017.

                                 By:     /s/Louis R. Gigliotti
                                               Louis R. Gigliotti, Esq.