




92% 8:51 AM

Hurricane Butterfly

HOME POSTS PHOTOS ABOUT COMMUNI

**Hurricane Butterfly**
Dec 11 at 6:51pm

Top: Typhoon 12 Short Barrelled Shotgun, with optional breaching muzzle brake, Mesa Tactical stock adaptor and Magpul stock.

Bottom: Standard Typhoon 12 AOW.

10 · 3 Comments

Like Comment Share

Sprint 83% 10:38 AM

## Photo

**hurricane_butterfly**

5 likes

**hurricane_butterfly** Typhoon 12 AOW in FDE colored Ceracoat, shown with four barrel options.

View all 2 comments

**bigshooterist** What's the MSRP on

87% 7:14 PM

## Replies

**Hurricane Butterfly**
Debuting at SHOT 2017, they'll be available at dealers in early 2017. Form 3s to select dealers are pending now.
Tue at 6:36 PM · Like

Write a comment...

83% 10:38 AM

## Photo

**hurricane_butterfly**

4 likes

**hurricane_butterfly** Top: Typhoon 12 short barrelled shotgun with breaching muzzle brake. Mesa Tactical stock adaptor. Magpul stock.
Bottom: Typhoon 12 AOW

5 DAYS AGO

♥ 4 likes
**hurricane_butterfly** Top: Typhoon 12 short barrelled shotgun with breaching muzzle brake. Mesa Tactical stock adaptor. Magpul stock.
Bottom: Typhoon 12 AOW



♥ 4 likes
**hurricane_butterfly** The Typhoon 12.



♥ nadinekhamis
**hurricane_butterfly** Cutting and crowning barrels today... 8.5 inches of goodness!



♥ 4 likes
**hurricane_butterfly** Typhoon 12 in [       ] oject is coming along nicely!




Photo
hurricane_butterfly



♥ 2 likes
**hurricane_butterfly** Pre-SHOT show shoot today.


   




www.smallarmsreview  MORE



### TYPHOON 12 AOW

By Thomas Murphy

Possibly the most common classification of an AOW is the smooth bore handgun. According to the legal description of a concealable weapon, the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) considers a weapon to be an AOW if it has a smooth bore, fires conventional ammunition (both cased ammunition and shotgun shells), is fitted with a pistol grip as original equipment, is less than 26 inches in overall length, and has never had a shoulder stock. These firearms differ from a short-barreled shotgun (SBS) in that the SBS is made from a shotgun that was manufactured with a shoulder stock, has a barrel less than 18 inches, and an overall length of less than 26 inches.

Recently, a newcomer to the AOW field was tested – the Typhoon 12. The shotgun is

 
Back  Forward  Home  Bookmarks  Tabs



www.smallarmsreview  MORE



### TYPHOON 12 AOW

By Thomas Murphy

Possibly the most common classification of an AOW is the smooth bore handgun. According to the legal description of a concealable weapon, the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) considers a weapon to be an AOW if it has a smooth bore, fires conventional ammunition (both cased ammunition and shotgun shells), is fitted with a pistol grip as original equipment, is less than 26 inches in overall length, and has never had a shoulder stock. These firearms differ from a short-barreled shotgun (SBS) in that the SBS is made from a shotgun that was manufactured with a shoulder stock, has a barrel less than 18 inches, and an overall length of less than 26 inches.

Recently, a newcomer to the AOW field was tested – the Typhoon 12. The shotgun is

    
Back  Forward  Home  Bookmarks  Tabs







Interesting...
"Its back in black and showing th... See more
👍 14                                    7 Comments

👍 Like                           💬 Comment

34% 7:36 PM

**Replies**

**Hurricane Butterfly**
This is our product, the Typhoon 12. Much nicer than the Black Aces, in our opinion... 😃
Mon at 6:05 PM · Like · 4

**Mike Flick**
Haha dang!!!! Rivalry !!!!!
Mon at 6:14 PM · Like

**Michael Hampton**
Hmmm... availability? The website is down..
Mon at 6:37 PM · Like

**Jason Wong**
Scheduled for a SHOT 2017 debut. First units are being transferred to dealers now.
Mon at 6:47 PM · Like · 1

**John Jordan**
Michael Hampton
Black aces shotguns are mosberg based. These seem to be 870 based.
Mon at 6:47 PM · Like

**Jason Wong**
The Typhoon 12 is Rem 870 based, retail

Write a comment...

94% 8:45 AM

Hurricane Butterfly

Hurricane Butterfly

MESSAGE

Like Follow Share Save

Like this Page to show your support

HOME POSTS PHOTOS ABOUT COMMUNI

Featured For You

Like this Page to stay up to date

Get in tou













