# HURRICANE BUTTERFLY LOGISTICS, LLC

1148 INDUSTRY DRIVE
TUKWILA, WA 98188
(206) 330-0442

## Purchase Order

Date: April 6, 2016

To: Black Aces Tactical
30213 Tokara Terrace
Mt. Dora, FL 32757
(407) 919-9783

Hurricane Butterfly would like to order the following items:

| Manufacturer, Model/Product | Quantity | Each Price | Total Price |
|---|---|---|---|
| Black Aces Tactical, Model: DT Shotgun, cal.: 12ga, with 10 rd magazine, multi-positional brace and breacher tip, color: black | 4 | $999.00 | $3,996.00 |
| 5 round magazine | 8 | $20.00 | $160.00 |
| 10 round magazine | 8 | $31.00 | $248.00 |
| 12 round drum | 4 | $79.00 | $316.00 |
| Total | | | $4,720.00 |

Jeannie Klaiber

 Eric Lemoine &lt;sales.blackacestactical.mobile@gmail.com&gt;

## PO from Hurricane Butterfly

**office@hurricanebutterfly.net** &lt;office@hurricanebutterfly.net&gt;     Wed, Apr 6, 2016 at 2:04 PM
To: sales@blackacestactical.com
Cc: Hurricane Butterfly - Jason &lt;Jason@hurricanebutterflyresearch.com&gt;, Bill &lt;accounting@hurricanebutterfly.net&gt;

Hello Eric,

Attached, you will find our PO and a copy of our FFL for order we discussed.

We will send you a check in the mail for this shipment.

Thank-you,

*Jeannie Klaiber*

Hurricane Butterfly Logistics

253-414-6066

 Please consider the environment before printing this e-mail. One Planet.

---

**2 attachments**

 **FFL - HB Logistics - Signed.pdf**
110K

 **040616 PO to Black Aces Tactical.pdf**
33K



## Return Agreement

Manufacturer, **Black Aces Tactical**, with its principal place of business at **1355 Bennett Drive #129, Longwood FL 32750** does, through its designated representative Eric Lemoine hereby enter into a return agreement (hereafter "agreement") with the below listed party in accordance with the terms and conditions herein.

### Dealer/Party Information

Dealer/Party Name:
(Full name as it appears on tax documents)

__HURRICANE BUTTERFLY LOGISTICS__

Name of Authorized Representative:

__JEANNIE KLAIBER__

Title:_____
(President, CEO, Manager etc...)

Address:

__1148 Industry Drive__

__Tukwila, WA 96188__

Contact Info:

Business Phone: __(253) 414-6066__

Backup Phone: (_____) _____

Email: __office@hurricanbutterfly.net__

**Terms:**

**Consideration:**

Black Aces Tactical and the Dealer/Party named __HURRICANE BUTTERFLY LOGISTICS__ hereby agree that, upon execution of this agreement, good and valuable consideration is afforded them both in the form of favorable business positions other benefits that would not otherwise exist to either party in the absence of this agreement.

---

Number of units to be sent to returned:   # 22

Unit Model(s):   PSDTBFB(x4)
                 TUNED5(x8)
                 TUNED10(x8)
                 TUNED12(x2)

RMA (Return Material Authorization):

   # 6302806

---

**How it Works:**

1. Dealer/Party must secure a Return Material Authorization (RMA) prior to shipping product back to Black Aces Tactical. A failure to do so, can, at the discretion of Black Aces Tactical result in the shipment being denied and returned to Dealer/Party until authorization has been procured.

    i. Liability for the property will rest with the Dealer/Party at all times after the shipment has left Black Aces Tactical premises and/or until Black Aces Tactical has physically received the property back into its possession.
    ii. Any item that is sent back to Black Aces Tactical for repair under warranty, will not be considered a return.
    iii. A 25% restocking fee will be assessed should any item be returned.
    iv. Dealer/Party acknowledges that Black Aces Tactical shall have 90 days to refund said Dealer/Party if applicable.

2. Dealer/Party may either:
    a. Return any unsold product that is unfired and in 'like new' condition with no signs of wear OR Purchase unsold product at the rate agreed upon herein.
        i. Dealer/Party bears cost of shipping returned product.

Page 2 of 6

   ii. A failure to tender payment in full (if due) to Black Aces Tactical shall give Black Aces Tactical the right to void this agreement and immediately repossess and collect damages for costs incurred in the repossession including attorney's fees.
    1. Dealer/Party gives up its right to seek damages for losses related to Black Aces Tactical's repossession of any product.
  b. Black Aces Tactical reserves the right to determine what condition any returned product is in and what fees if any to charge Dealer/Party for as a result.
  c. Prior to Black Aces Tactical accepting product from Dealer/Party, Dealer/Party shall tender a signed copy of this agreement. This Dealer/Party agreement must be re-signed (and dated) prior to any subsequent return being sent in by the Dealer/Party.
  d. Each agreement shall incorporate by reference an RMA (Return Material Authorization) number.

**Method of Securing Product:**

3. Dealer/Party shall make available to Black Aces Tactical valid credit card information that shall remain valid until agreement is complete.

  a. Fees, of any type, from Black Aces Tactical will appear as TTC PERFORMANCE PRODUCTS. Dealer/Party acknowledges and agrees the same contingencies listed herein for BLACK ACES TACTICAL shall apply for TTC PERFORMANCE PRODUCTS as well.
  b. The card must have an available balance on it that equals at least half (50%) of the value of the total order at all times. A failure to carry the proper balance at all times shall make this agreement voidable at the discretion of Black Aces Tactical.
  c. Dealer/Party agrees they will not attempt a returned payment/charge back of any type, unless specifically agreed upon with Black Aces Tactical and must receive approval in writing before doing so.

**Contingency for Declined Credit Card:**

  a. Dealer/Party shall make a good faith effort to tender all outstanding funds immediately. A failure to do so shall make the agreement voidable at the discretion of Black Aces Tactical.

  b. Black Aces Tactical reserves the right to accept alternate, lawful methods of payment from Dealer/Party but is not required to do so.
  c. Black Aces Tactical reserves the right to assess a late fee of 1% of the total purchase price against Dealer/Party for every twenty-four hour (24 hr.)

period that elapses after payment is due. This fee shall be charged in addition to the 10% credit card decline service charge.

**Contract Parameters:**

4. <u>Venue</u>: The parties agree that the proper jurisdiction for any dispute arising out of this agreement shall be Lake County, Florida.
    a. Should an action commence in any other jurisdiction, the parties agree that Black Aces Tactical shall be entitled to recover all reasonable attorney's fees, costs and expenses associated with seeking to and removing the action to Lake County, Florida.
    b. Black Aces Tactical is entitled to recover said fees and costs within thirty (30) days of the commencement of a removal action under this provision.

5. <u>Attorney's Fees</u>: The parties agree that Black Aces Tactical shall be entitled to receive reasonable attorney's fees, costs and expenses associated with litigation arising out of this agreement including the execution of an action to recover under any favorable judgment.

6. <u>Right to terminate agreement</u>:
    a. Breach
        i. Actual breach – If Dealer/Party fails to abide in whole or in part with the conditions herein this agreement is voidable at the discretion of Black Aces Tactical. Black Aces Tactical may then choose to immediately terminate all agreements herein and shall be entitled to reclaim all product transferred to Dealer/Party under this agreement.

        ii. Anticipated Breach
            1. This agreement shall be voidable at the discretion of Black Aces Tactical which may move to immediately terminate this agreement if it reasonably believes that Dealer/Party will breach the agreement and may take all, lawful and reasonable action to protect its product and professional interests.
                a. Black Aces Tactical alone shall be entitled to determine whether Dealer/Party is acting in such a manner as to reasonably cause a breach of this agreement.

7. <u>Dealer/Party Responsible for Safe Shipping</u>: Dealer/Party shall be responsible for the product as soon as it leaves the possession of the Manufacturer. Dealer/Party is therefore responsible for taking reasonable measures to insure, track and account for the product while in transit.

   a. Dealer/Party shall bear the cost of any lost or missing product that was sent to it.

8. <u>Dealer/Party's duty not to disparage product</u>: Should Dealer/Party or its agents seek to disparage or otherwise deride Black Aces Tactical products, Black Aces Tactical reserves the right terminate this agreement immediately and reclaim all unsold product.

9. <u>Confidentiality</u>: Dealer/Party shall keep the terms of this agreement confidential and shall not disclose in part or in whole any provision herein without the express, written permission of Manufacturer.
   b. Black Aces Tactical reserves the right to disclose, in part or in whole the provisions of this agreement at its discretion.

10. <u>Definitions</u>:
    a. *Dealer/Party*: Party named above that is returning product to Black Aces Tactical.
    b. *Manufacturer*: Black Aces Tactical.
    c. *Possession*: As it pertains to Black Aces Tactical only, shall be interpreted to mean physically on Black Aces Tactical property located at 1355 Bennett Drive #129, Longwood FL 32750 or under the direct supervision of an authorized Black Aces Tactical employee or appointed agent. "Possession" shall not occur if the product is en route from a Dealer/Party under the care, control and/or supervision of a common courier such as FedEx or UPS.
    d. *Product*: Any firearm, firearm accessory or other item sold by Black Aces Tactical to Dealer/Party.
    e. *Unit*: One firearm or accessory.

11. <u>Severability</u>: If one or more clauses are found to be invalid by the trier of law or fact, this shall not defeat other provisions of this agreement. Instead, the surviving provisions shall be enforceable and in full effect as if the invalid provisions had not existed.

12. <u>Indemnification and Waiver of Liability</u>:
    a. Dealer/Party agrees to indemnify Black Aces Tactical against any loss incurred as the result of Dealer/Party's negligent or intentional actions in contravention of any term of this agreement.
    b. Dealer/Party absolves Black Aces Tactical of all liability associated with the products it takes possession of except to the extent warranted by Black Aces Tactical under the terms of the limited warranty that each firearm carries.

**Dealer/Party acknowledgement:**

I, _JEANNIE KLAIBER_____, as duly authorized representative of _HURRICANE _HURRICANE BUTTERFLY LOGISTICS___, having full authority to enter into this agreement, I swear and affirm that I have read and/or reviewed this entire agreement and understand it completely. On behalf of my organization, I do hereby state that I agree to bind myself and my organization in accordance with the terms stated above.

**Dealer/Party Signature:**

Signed: e-Signed by JEANNIE KLAIBER on 2016-08-01 18:04:32 GMT

Printed Name:_____

Business Title:_____

Date:_____/_____/_____

**Black Aces Tactical Signature:**

Signed:_____ e-Signed by Eric Lemoine on 2016-08-03 19:28:52 GMT
Eric Lemoine, President
Black Aces Tactical

Date:_____/_____/_____



# INVOICE

Date: 04/06/16
INVOICE 2806

| VENDOR | | SHIP TO | |
|---|---|---|---|
| | Black Aces Tactical | | Hurricane and Butterfly |
| | 30213 Tokara Terrace | | 1148 industry drive |
| | Mount Dora, FL 32757 | | Tukwila, WA 96188 |
| | 757-339-7915 | | |

| Shipping Method | Delivery Date |
|---|---|
| UPS | 04/06/16 |

| Item # | Description | Qty. | Unit Price | Line Total |
|---|---|---|---|---|
| PSDTBFB | DT, Black, Folding brace, breacher | 4 | $1109.00 | $4436.00 |
| Tune5 | Tuned 5 round stick magazine | 8 | $20.00 | $160.00 |
| Tune10 | Tuned 10 round stick magainze | 8 | $31.00 | $248.00 |
| Tune12 | Tuned 12 round drum | 2 | $79.00 | $316.00 |
| Shipping | | | | $0.00 |
| | | | Total Due: | $5160.00 |
| | | | Sales Tax: | $0.00 |
| | | | Total: | $5160.00 |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.

Eric Lemoine                04/06/16
Authorized by                Date